|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Case No.: 2:25-cv-09314-WLH-E |
| --- | --- |
| *Plaintiff*, | Assigned to: Hon. Wesley L. Hsu |
| v. | **ORDER GRANTING REQUEST TO LIFT STAY [13]** |
| TEG STAFFING INC. D/B/A EASTRIDGE WORKFORCE SOLUTIONS ET AL., | |
| *Defendants*. | |

On November 19, 2025, Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendants TEG Staffing, Inc., DBA Eastridge Workforce Solutions ("Eastridge") and Feit Electric, Inc. ("Feit" and collectively, "Defendants") filed a joint status report (the "Report"). (*Id*.). Parties sought to lift the stay in this instant action.

Having reviewed the Report and finding good cause therefor, the Court **GRANTS** the request and **LIFTS** the stay in this action.

**IT IS SO ORDERED.**

Dated: 12/23/2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE