UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Plaintiff*,<br><br>v.<br><br>TEG STAFFING INC. D/B/A EASTRIDGE WORKFORCE SOLUTIONS ET AL.,<br><br>*Defendants*. | Case No.: 2:25-cv-09314-WLH-E<br><br>Assigned to: Hon. Wesley L. Hsu<br><br>**ORDER RE: CONSENT DECREE AS TO ORDER RE: TEG STAFFING, INC. dba EASTRIDGE WORKFORCE SOLUTIONS [4-1]** |

1 | Having reviewed the Consent Decree, (Dkt. No 4-1) as to Defendant TEG Staffing, Inc. d/b/a Eastridge Workforce Solutions, the Consent Decree are hereby approved and compliance with all provisions thereof is **HEREBY ORDERED**.

**IT IS SO ORDERED.**

Dated: December 23, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE