**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>*Plaintiff*,<br><br>v.<br><br>TEG STAFFING INC. D/B/A EASTRIDGE WORKFORCE SOLUTIONS ET AL.,<br><br>*Defendants*. | Case No.: 2:25-cv-09314-WLH-E<br><br>Assigned to: Hon. Wesley L. Hsu<br><br>**ORDER RE: CONSENT DECREE AS DEFENDANT FEIT ELECTRIC, INC. [17-1]** |

Having reviewed the Consent Decree, (Dkt. No. 17), as to Defendant Feit Electric, Inc., the Consent Decree are hereby approved and compliance with all provisions thereof is **HEREBY ORDERED**.

**IT IS SO ORDERED.**

Dated:  January 26, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2